**SOUTHWELL & O'ROURKE PS**
Kevin O'Rourke (WSBA 28912)
*kevin@southwellorourke.com*
421 W. Riverside Avenue, Suite 960
Spokane, WA 99201
Telephone: (509) 624-0159

Local Counsel for
*Shandong Yongchang Logistics Group Co., Ltd*

**WHGC, P.L.C.**
Jeffrey C.P. Wang (SBN 144414)
*JeffreyWang@WHGCLaw.com*
Michael G. York (SBN 89945)
*MichaelYork@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel: (949) 833-8483; Fax: (866) 881-5007

**PAUL V. REZA LAW**
Paul V. Reza (SBN 113512)
*Paul@pvrlaw.com*
30012 Ivy Glenn Dr., Ste. 285
Laguna Niguel, CA 92677
Tel: (949) 496-0718; Fax: 949-496-7654

Lead Counsel for
*Shandong Yongchang Logistics Group Co., Ltd*

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>ICAP ENTERPRISES, INC., et al.,<br><br>Debtors.[1] | Lead Case No. 23-01243-WLH11<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

---

[1] The Debtors (along with their case numbers) are as follows: iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault I, LLC (23-01257-11); Vault Holding I, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes, LLC (23-01262-11); iCap @UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village, LLC (23-01263-11); iCap Funding, LLC (23-

1

STATUS REPORT RE FRCP 16(B)

| | |
|---|---|
| Shandong Yongchang Logistics Group Co., Ltd, a Chinese Limited Liability Company,<br><br>     Plaintiff,<br><br> v.<br><br>iCap Vault 1, LLC, a Delaware Limited Liability Company,<br><br>     Defendant. | Chapter 11<br><br>Adv. No. 24-80018-WLH<br><br><br>**STATUS REPORT RE FRCP 16(B)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that Plaintiff SHANDONG YONGCHANG LOGISTICS GROUP CO., LTD granted Defendant ICAP VAULT 1, LLC an extension through August 30, 2024, to file a response to Plaintiff's Adversary Complaint.

 On August 14, 2024, Plaintiff's counsel suggested to Debtor's counsel Julian Gurule that we stipulate to continue the Scheduling Conference. Debtor's counsel said he would discuss it with his client but he failed to give us an answer.

 DATED this 20TH day of August, 2024.

              */s/ Jeffrey C.P. Wang*
              JEFFREY C.P. WANG
              WHGC, P.L.C.

---

01246-11); iCap Management, LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development, LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23-01464-11).

2
STATUS REPORT RE FRCP 16(B)
24-80018-WLH   Doc 9   Filed 08/20/24   Entered 08/20/24 12:08:25   Pg 2 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **STATUS REPORT RE FRCP 16(B)**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **August 20, 2024**.

Executed on **August 20, 2024**, at Newport Beach, California.

        */s/ Martha Valenzuela*
        MARTHA VALENZUELA

3
STATUS REPORT RE FRCP 16(B)
24-80018-WLH    Doc 9    Filed 08/20/24    Entered 08/20/24 12:08:25    Pg 3 of 3